# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**HOWARD MILKS**,

      Plaintiff,

vs.                       **CASE NUMBER: 3:13-cv-1571**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**,

      Defendant.

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for judgment on the pleadings (Dkt. No. 16) is granted in part and denied in part; that Defendant's motion for remand (Dkt. No. 21) is granted; and this matter is remanded to Defendant, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with this Decision and Order.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 5th day of January, 2015.

DATED:    January 5, 2015

                                           Clerk of Court

                                           L. Welch
                                           Deputy Clerk